

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 3, 2019

**By ECF & Email**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

The sentencing is adjourned from December 4, 2019 to January 15, 2020 at 10:00 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Re:    **United States v. Guy Samuel**, 13 Cr. 785 (GBD)

Dear Judge Daniels:

     The Government respectfully requests that the sentencing proceeding scheduled for 10:00 a.m. on Wednesday, December 4, be adjourned until January or February 2020.

     The adjournment is requested to facilitate potential additional cooperation by the defendant in the prosecution of others, as contemplated in his plea agreement. The defendant, Guy Samuel, testified at trial as a cooperating witness in *United States v. Michael Mendlowitz*, 17 Cr. 248 (VSB). On Friday, November 1, 2019, the Honorable Vernon S. Broderick, United States District Judge, adjourned sentencing in that matter from November 4, 2019, until a to-be-scheduled date in December. If Judge Broderick chooses to conduct a *Fatico* hearing to address disputed sentencing issues, there is a possibility that the Government would again call Mr. Samuel to testify. The Government respectfully requests that Mr. Samuel be sentenced after the defendant in the case pending before Judge Broderick, so that before imposing a sentence the Court is able to consider the full record of Mr. Samuel's efforts to provide substantial assistance.

     The defendant, through counsel, consents to the requested adjournment. Defense counsel requests that the defendant be sentenced on January 13 or 15, 2020, if those dates are convenient for the Court.

                                              Respectfully submitted,

                                              GEOFFREY S. BERMAN
                                              United States Attorney

                               by:  ____/s/_____
                                   David Abramowicz
                                   Assistant United States Attorney
                                   (212) 637-6525

cc:    Defense counsel (via ECF and email)