*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 9, 2019

**By CM/ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **United States v. Guy Samuel**, S1 13 Cr. 785 (GBD)
              **United States v. Michael Mendlowitz**, S2 17 Cr. 248 (VSB)

Your Honors:

      The Government respectfully submits this letter in accordance with the Court's procedure regarding sentencings involving multiple defendants in factually related cases pending before different judges. The procedure directs in pertinent part that the Government, when it intends to file a § 5K1 motion on behalf of a defendant, provide a "brief statement identifying any prior proceedings in which the defendant has testified before a different judge pursuant to a cooperation agreement." Such statement is to be provided to both the assigned sentencing judge and the judge before whom the defendant testified.

      A sentencing date for defendant Guy Samuel, who is charged in superseding Information S1 No. 13 Cr. 785 (GBD), is scheduled for 10:00 a.m. on January 15, 2020, before Judge Daniels. Samuel has testified in one prior trial: On May 1 and 2, 2019, Samuel testified, pursuant to a cooperation agreement, before Judge Broderick at the trial of *United States v. Michael Mendlowitz*, S2 17 Cr. 248 (VSB). The defendant at that trial was convicted of two offenses; he is scheduled to be sentenced by Judge Broderick on December 10, 2019.

Should the Court desire any further information, we would be pleased to comply.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

by:   /s/
        David Abramowicz
        Assistant United States Attorney
        (212) 637-6525

cc:     Jane Byrialsen, Esq. (counsel for Guy Samuel) (via CM/ECF)