**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DE - #
DATE FILED    DEC 1 7 2019

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           :
                                    :
            -against-               :            ORDER
                                    :
GUY SAMUEL,                         :            13 Crim. 785-1 (VSB)
                                    :
                    Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

The sentencing proceeding scheduled for January 15, 2020 before this Court is canceled.

Dated: New York, New York
       December 17, 2019

                                    SO ORDERED.

                                    _George B. Daniels_
                                    GEORGE B. DANIELS
                                    United States District Judge