

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2021

**By ECF & Email**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  2/7/2021
>
> Sentencing in this matter is adjourned to May 14, 2021 at 10:00 a.m.

    Re:    <u>United States</u> v. <u>Guy Samuel</u>, 13 Cr. 785 (VSB)

Dear Judge Broderick:

    The Government respectfully requests that the sentencing proceeding scheduled for Friday, February 12, be adjourned for approximately three months, or until another date that falls after the sentencing proceeding in *United States v. Michael Mendlowitz*, 17 Cr. 248 (VSB).

    The defendant, Guy Samuel, testified at Mendlowitz's trial as a cooperating witness, and the parties in the Mendlowitz matter are litigating disputed factual issues related to Mendlowitz's sentencing. The Court has scheduled a *Fatico* hearing in the Mendlowitz matter for March 12, 2021. To facilitate any additional cooperation by Samuel that the Government may request, and so that the Court is able to consider the full record of Samuel's efforts to provide substantial assistance before imposing a sentence, the Government respectfully requests that Samuel be sentenced after Mendlowitz.

    The defendant, through counsel, consents to the requested adjournment.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by:    */s/*
    David Abramowicz
    Assistant United States Attorney
    (212) 637-6525

cc:    Defense counsel (via ECF and email)