

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 5, 2021

**APPLICATION GRANTED SO ORDERED** [signature]
**VERNON S. BRODERICK U.S.D.J.** 5/9/2021

Sentencing in this matter is adjourned to October 8, 2021 at 10:00 a.m.

**By ECF & Email**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States** v. **Guy Samuel**, 13 Cr. 785 (VSB)

Dear Judge Broderick:

The Government respectfully requests that the sentencing proceeding scheduled for Friday, May 14, 2021, be adjourned for some date that falls after the sentencing proceeding in *United States v. Michael Mendlowitz*, 17 Cr. 248 (VSB).

The defendant, Guy Samuel, testified at Mendlowitz's trial as a cooperating witness, and the parties in the Mendlowitz matter are litigating disputed factual issues related to Mendlowitz's sentencing. The Court has scheduled a *Fatico* hearing in the Mendlowitz matter for May 14, 2021. To facilitate any additional cooperation by Samuel that the Government may request, and so that the Court is able to consider the full record of Samuel's efforts to provide substantial assistance before imposing a sentence, the Government respectfully requests that Samuel be sentenced after Mendlowitz.

The defendant, through counsel, consents to the requested adjournment.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: /s/
David Abramowicz
Assistant United States Attorney
(212) 637-6525

cc: Defense counsel (via ECF and email)