IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO. 13-cr-00785 (VSB)

UNITED STATES OF AMERICA,
    Plaintiff,

v.

GUY SAMUEL

    Defendant.

**COURT ORDER ALLOWING INTERNATIONAL TRAVEL AND FOR RELEASE OF PASSPORT TO GUY SAMUEL**

The Court, finding good cause, finds as follows:

1. Mr. Guy Samuel shall be permitted to travel outside of the continental United States for the purposes of business trips related to Paris Laundry from June 22, 2023 through July 2, 2023.

2. Upon approval of the US Probation Office, Mr. Guy Samuel is permitted to make future business trips outside of the continental United States. No further Orders of the Court shall be required upon written approval of the US Probation Office.

3. Mr. Guy Samuel's passport (now expired) shall be returned to him so that he may apply for a renewed passport.

SO ORDERED this 12th day of April, 2023.

*Vernon Broderick*
Vernon S. Broderick
United States District Judge